J. Herbert Ballantine, Respondent, *v.* James T. Beckwith, Appellant.

(Submitted February 21, 1916; decided February 29, 1916.)

Motion to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 8, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for damages to personal property alleged to have been caused through the negligence of the defendant.

The motion was made upon the grounds that the Appellate Division had unanimously decided that the verdict was supported by the evidence, and that no questions of law were raised that could be reviewed by the Court of Appeals.

*William R. Hill* for motion.

*Duncan Edwards* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.